## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 05, 2021

Mr. Christopher L. Thacker
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

          Re:  Case No. 21-4031, *Commonwealth of KY, et al v. OSHA, et al*
               Originating Case No. : OSHA20210007

Dear Counsel,

   This case has been docketed as number **21-4031** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **November 19, 2021.**

| | |
|---|---|
| Petitioner: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

   More specific instructions are printed on each form. These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution.

    If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                            Sincerely,

                            s/Antoinette Macon  
                            Case Manager  
                            Direct Dial No. 513-564-7015

cc:  Mr. Edmund Baird

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 21-4031

COMMONWEALTH OF KENTUCKY; STATE OF IDAHO; STATE OF KANSAS; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF TENNESSEE; STATE OF WEST VIRGINIA

       Petitioners

v.

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; DOUGLAS L. PARKER, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health; JAMES FREDERICK, in his official capacity as Deputy Assistant Secretary of Labor for Occupational Safety and Health; MARTIN J. WALSH, in his official capacity as Secretary of Labor

       Respondents